No. 20. WILLIAM J. GALLAGHER, PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE OF ILLINOIS. In error to the Supreme Court of the State of Illinois. October 22, 1906. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles H. Soelke* for plaintiff in error. *Mr. Erasmus C. Lindley* for defendants in error.

------

No. 65. JAMES VAN BUREN, APPELLANT, *v.* P. F. HENNESSEY, TESTAMENTARY EXECUTOR, ETC., ET AL. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. October 24, 1906. Dismissed with costs, pursuant to the tenth rule. *Mr. Branch K. Miller* for appellant. *Mr. William J. Hennessey* for appellees.

------

No. 348. JULIAN CASTILLO SLAUGHTER ET AL., APPELLANTS, *v.* CECILE R. LOEB, EXECUTRIX, ETC. Appeal from the Court of Appeals of the District of Columbia. October 29, 1906. Dismissed with costs, on motion of *Mr. Charles L. Frailey* in behalf of counsel for the appellants. *Mr. Wilton J. Lambert* for appellants. No appearance for appellee.